United States District Court

Eastern District of California

Mark A. DuRoss,

     Petitioner,   No. Civ. S 04-0638 DFL PAN P

  vs.   Order

Scott Kernan, Warden, et al.,

     Respondents.

-oOo-

On March 30, 2004, petitioner filed a petition for a writ of habeas corpus. On June 24, 2005, the court dismissed this action as untimely and the clerk of the court duly entered judgment. Petitioner seeks relief from judgment.

Pursuant to Fed. R. Civ. P. 60(b):

> On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order or proceeding for the following reasons: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence

1  which by due diligence could not have been discovered
   in time to move for a new trial under Rule 59(b); (3)
2  fraud (whether heretofore denominated intrinsic or
   extrinsic), misrepresentation, or other misconduct of
3  an adverse party; (4) the judgment is void; (5) the
   judgment has been satisfied, released or discharged, or
4  a prior judgment upon which it is based has been
   reversed or otherwise vacated, or it is no longer
5  equitable that the judgment should have prospective
   application; or (6) any other reason justifying relief
6  from the operation of the judgment.

7  Petitioner asserts it is fundamentally unfair for the court
8  to find the petition in this case untimely after dismissing the
9  petition in DuRoss v. California State Prison, No. Civ. S-01-2312
10 DFL PAN P for petitioner's failure to exhaust.  But Supreme Court
11 precedent requires dismissal of petitions containing no exhausted
12 claims.  Picard v. Connor, 404 U.S. 270 (1971).  Accordingly,
13 petitioner does not demonstrate that he is entitled to relief
14 from judgment.

15 Therefore, petitioner's July 6, July 26, August 9, and
16 September 20, 2005, requests are denied.

17 So ordered.
18 DATED: 11/11/2005

_____
DAVID F. LEVI
United States District Judge