United States District Court

Eastern District of California

Mark A. DuRoss,

       Petitioner,                      No. S Civ. 04-0638 DFL PAN P

  vs.                                  Order

People of the State
of California, et al.,

       Respondents.

-oOo-

    June 24, 2005, this action was dismissed and judgment was entered.  July 6 and 26, August 9 and September 20, 2005, petitioner filed motions for relief from judgment.  November 14, 2005, the court denied these motions.  Petitioner has filed another motion for relief from judgment.  Petitioner's most recent motion patently is frivolous.

    Neither the civil nor the appellate rules authorize multiple, frivolous post-judgment motions.

    Accordingly, no action will be taken on petitioner's

1 December 5, 2005, motion or on future filings that do not comply
2 with the federal civil or appellate rules.
3     Dated:  January 24, 2006.

                                            /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge